# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

**Joseph B. Shumofsky, Esq.**
Member
Direct Dial: 973-643-5382
Email: jshumofsky@sillscummis.com

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

August 1, 2023

**VIA EMAIL**
Magistrate Judge Douglas E. Arpert
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608
dea_orders@njd.uscourts.gov

Re:  *United States v. Sahni*, Cr. No. 23-118 (GC):
Motion Seeking Permission to Travel

Dear Judge Arpert:

We are writing seeking permission for Dr. Harsha Sahni to travel to Greece in mid-August. We have contacted both the Government and Pretrial Services ("PTS") regarding Dr. Sahni's request to travel, and each has consented to Dr. Sahni's request.

On February 16, 2023, Dr. Sahni entered a plea of guilty before Judge Castner, pursuant to a plea agreement with the Government. Following the plea hearing, Dr. Sahni appeared before Your Honor for a bail hearing, at which You released Dr. Sahni on a $500,000 bond, with conditions. *See* Docket Entry 9. Among the conditions ordered were: (i) Dr. Sahni shall report to PTS as directed; (ii) Dr. Sahni's travel is restricted to the continental United States; and (iii) Dr. Sahni shall surrender her passport to PTS. Sentencing is scheduled for September 14, 2023.

Dr. Sahni respectfully requests permission to travel to Greece for two weeks in mid-August (from approximately August 9 to approximately August 23) to attend one brother's birthday celebration and accompany another brother to several medical appointments. Only Dr. Sahni's husband will be traveling with her; her sons will remain in the United States.

If granted permission to travel to Greece in mid-August, Dr. Sahni will coordinate with PTS to provide any information requested about her travel to Greece and to report to PTS as directed throughout the duration of the trip.

Sills Cummis & Gross
A Professional Corporation

Michelle A. Siedzik
July 21, 2023
Page 2

Thank You for Your Honor's consideration of this matter.

                                              Respectfully,

                                              /s/Joseph B. Shumofsky

                                              Joseph B. Shumofsky

cc:    Sophie Reiter, AUSA (via email)
        Todd Jones, PTS (via email)

This Court GRANTS Defendant Harsha Sahni's Motion Seeking Permission to Travel to Greece in mid-August. Defendant shall coordinate with PTS to provide any information requested about her travel to Greece and to report to PTS as directed throughout the duration of the trip. PTS shall provide the Defendant with her passport, as needed, for the purpose of this trip.

SO ORDERED

August __3__, 2023

                                              _____
                                              Douglas E. Arpert
                                              United States Magistrate Judge