# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

Richard J. Sapinski
Member of the Firm
Direct Dial: (973) 643-5975
E-mail: rsapinski@sillscummis.com

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

August 7, 2023

**VIA EMAIL**
Magistrate Judge Douglas E. Arpert
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608
dea_orders@njd.uscourts.gov

Re:   *United States v. Sahni*, Cr. No. 23-118 (GC):
       **Requested Modification of Dates of Travel**

Dear Judge Arpert:

On August 1, 2023 my partner Joseph Shumofksy wrote to Your Honor requesting permission for Dr. Sahni to travel to Greece to attend her brother's birthday celebration and accompany another brother to several medical appointments in Greece. Your Honor granted that motion on August 3. It was contemplated at the time Dr. Sahni and her husband would travel to Greece on August 9 and return on August 23. However, Dr. Sahni advises that the airline tickets for those dates are no longer available and that the available dates are leaving August 13 and returning August 30.

When Dr. Sahni went to the probation office to get her passport she was advised that she needed a revised order in order for probation to release the passport. I respectfully request that Your Honor enter the revised order as written below.

I have copied AUSA Sophie Reiter and Pretrial Services officer Todd Jones on this letter request. It is my understanding that Mr. Jones is aware and does not object to the revised order, and I have emailed AUSA Reiter. I assume she likewise will have no objection, but I have not heard from her directly. However, because of the short time frame involved, I am making this request at this time and will advise the court if and when I hear from her regarding her position.

9841634 v1

**Sills Cummis & Gross**
A Professional Corporation

August 7, 2023
Page 2

    Thank you for Your Honor's consideration of this matter.

                                      Respectfully,

                                      RICHARD J. SAPINSKI

RJS/mm
cc:    Sophie Reiter, AUSA (via email)
        Todd Jones, PTS (via email)

    This Court GRANTS Defendant Harsha Sahni's Motion Seeking Permission to Travel to Greece on August 13, 2023 and returning on August 30, 2023. Defendant shall coordinate with PTS to provide any information requested about her travel to Greece and to report to PTS as directed throughout the duration of the trip. PTS shall provide the Defendant with her passport, as needed, for the purpose of this trip.

SO ORDERED

August 7, 2023

                                      Douglas E. Arpert
                                      United States Magistrate Judge

9841634 v1